IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v.  : | CRIMINAL ACTION NO. |
| : | 2:12-CR-00022-RWS |
| DAVEY HONEYCUTT, *et al.*, : | |
| : | |
| Defendants.  : | |

### **ORDER**

This case is before the Court for consideration of the Report and Recommendation [380] of Magistrate Judge J. Clay Fuller. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendants' Motions to Dismiss [345, 346, 351, 352, and 357] are hereby **DENIED.**

**SO ORDERED** this   14th   day of May, 2014.

_____
**RICHARD W. STORY**
United States District Judge